# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 4, 2019

**CASE OF:** LEE MEMORIAL HEALTH SYSTEM V. PROGRESSIVE SELECT INSURANCE COMPANY

**DOCKET NO.:** SC17-1993     **OPINION FILED:** December 20, 2018

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 7, third line up from the bottom, "rule 1.070" has been changed to "rule 1.071."

**SIGNED: OPINION CLERK**

**The corrected hard copy will follow.**